LAW OFFICE OF HOWARD NEU, P.A.
Howard Neu (Florida Bar No. 108689)
Howard@NeuLaw.com
4839 S.W. Volunteer road
Suite 512
Southwest Ranches, Florida 33330
Telephone: 954-662-1816
Facsimile: 954-337-2324
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

STANLEY PACE, an individual

Plaintiff,                                       Case No. 4:15-cv-00879

v.

YUMIKO, LLC, a New York                          NOTICE OF
Limited Liability Corporation                    VOLUNTARY DISMISSAL

Defendant                    /

Comes now the Plaintiff, by and through his undersigned Counsel, and files this, his VOLUNTARY DISMISSAL of the Complaint previously filed herein as the parties have settled their dispute without the need of further court action.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2016, a true copy of the foregoing was served via Electronic Mail to: Daniel Chalker, Esq. Attorney for Defendant, electronically via email at DChalker@ChalkerFlores.com.

/s/ Howard Neu /s/

Howard Neu, Esq.
Florida Bar No. 108689
Law Office of Howard Neu, P.A.
4839 S.W. Volunteer Road
Suite 215
Southwest Ranches, Fl. 33330
Phone: 954-662-1816
Facsimile: 954-337-2324
Howard@NeuLaw.com
Counsel for Plaintiff